**Order entered April 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01147-CV

### ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants

### V.

### FREDDIE PRICE, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03907-B**

## ORDER

Appellee's brief has not been filed because the parties have been attempting to settle their dispute. Before the Court is the parties' joint status report informing the Court that the parties were unable to resolve the underlying dispute but have resolved the issue on appeal. The parties further inform the Court they will file "the appropriate documents" with the Court by April 28, 2020.

We construe the status report as a motion for extension of time to file appellee's brief.  We **GRANT** the extension and **ORDER** appellee's brief, a motion to dismiss the appeal, or a status report be filed by April 28, 2020.

/s/    BILL WHITEHILL
       JUSTICE